IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 10-3050-M |
| | ) |
| TYRONE WHITE, | ) |
| | ) |
| Defendant. | ) |

## GOVERNMENT'S MOTION TO DISMISS

The United States of America by its attorneys, James A. Lewis, United States Attorney for the Central District of Illinois, and Jason M. Bohm, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves for the dismissal of the complaint, without prejudice, pending further investigation.

WHEREFORE, it is requested that the complaint be dismissed without prejudice.

Respectfully submitted,

JAMES A. LEWIS
UNITED STATES ATTORNEY

/s/ Jason M. Bohm
Assistant United States Attorney
318 South Sixth Street
Springfield, Illinois 62701
(217) 492-4450
jason.bohm@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 27, 2010</u>, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Robert Kuzas
>Attorney for Defendant

s/ Jason M Bohm